## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 91-6259-CV-HIGHSMITH

MONEE DOWDY, an individual,
and MARK DOWDY, an individual,

      Plaintiff(s),

v

HUIZENGA HOLDINGS, INC.
and PAUL PRICE,

      Defendant(s).

_____/

FILED by _____ D.C.
DKTG

DEC -4 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER UNSEALING DOCUMENTS

No response to the Clerk's Notice of Intent to Unseal having been received, the Clerk's Office is instructed to do the following:

**Docket entry 155 shall be unsealed, docketed, and placed in the court file.**

**DONE** and **ORDERED** at Miami, Florida this _29_ day of _October_, 2003.

_____
UNITED STATES DISTRICT JUDGE

The document(s) specified above has/have been disposed of in the directed manner by

_____ on _____.

ntcuns.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ DL
RECORDS
MAY 1 5 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. MIAMI

CASE NO. **91-6259-CIV-HIGHSMITH**

STYLE: Monee and Mark Dowdy -v- Huizenga Holdings, Inc. & Paul Price

TO: Plaintiffs' Counsel Dan Cytryn, Esq.
    Defendants' Counsel  Akerman Senterfitt & Eidson, Atten: Irving M. Miller

### CLERK'S NOTICE OF INTENT TO UNSEAL CIVIL DOCUMENTS

Our records reveal that the following documents were filed under seal upon your motion. The
case was closed upon final adjudication on <u>March 9, 1995</u>, and is not on appeal.

| Date Filed | Docket Entry No. | Description |
|---|---|---|
| Nov. 3, 1994 | 155 | Report of Mediation held Oct. 25, 1994 |
| | | |
| | | |
| | | |
| | | |

**We intend to unseal these documents unless you respond and request a different
disposition within thirty (30) calendar days of the issuance of this notice.  If no response is
received, the documents will be unsealed and made a part of the public record. Please send
the attached response to: 301 N. Miami Ave., Miami, FL, 33128-7788.**

Clarence Maddox
Court Administrator • Clerk of Court

Date:  May 15, 2003

By: _____
Deputy Clerk